## ATTACHMENT B

### CERTIFICATE OF CORPORATE RESOLUTION



FILED
MAR 18 2010

    I, David E. Williams, do hereby certify that I am Vice President and General Counsel of Innospec Inc. ("Innospec" or "the Company"), a Delaware corporation, and that the following is a true, correct, and accurate copy of a resolution adopted by the Board of Directors of Innospec by unanimous written consent on March 5, 2010:

    WHEREAS, INNOSPEC has been engaged in discussions with the United States Department of Justice, Criminal Division, Fraud Section (the "Department") regarding certain corrupt payments made by and on behalf of Innospec to foreign governments and foreign officials to obtain and retain business for the company; and

    WHEREAS, in order to resolve such discussions, it is proposed that the Company enter into a certain agreement with the Department; and

    WHEREAS the company's General Counsel, together with counsel for the Company, have advised the Board of Directors of the company's rights, possible defenses, the Sentencing Guidelines' provisions, and the consequences of entering into such agreement with the Department;

    Therefore, this Board hereby RESOLVES that:

    1.    The Company (a) consents to the filing in the United States District Court for the District of Columbia of an Information charging Innospec with conspiracy to commit an offense against the United States, namely, to violate the wire fraud statute (18 U.S.C. § 1343), to violate the Foreign Corrupt Practices Act ("FCPA") (15 U.S.C. § 78dd-1(a)(1)), and to falsify its books and records (15 U.S.C. § 78m), in violation of 18 U.S.C. § 371 (Count One); wire fraud, in violation of 18 U.S.C. § 1343 and 18 U.S.C. § 2 (Counts Two through Six); violations of the FCPA, 15 U.S.C. § 78dd-1 and 18 U.S.C. § 2 (Counts Seven through Eleven); and the falsification of its books and records in violation of 15 U.S.C. § 78m (Count Twelve); (b) waives indictment on such charges and enters into a plea agreement with the Department; (c) agrees to enter a plea of guilty as to all charges in the Information; and (d) agrees to pay a criminal fine of $14,100,000, plus a special assessment of $2,800, to the United States with respect to the conduct described in the Information and the Statement of Facts.

    2.    The General Counsel, or his delegate, is hereby authorized, empowered, and directed, on behalf of the company, to execute the plea agreement substantially in such form as reviewed by this Board of Directors at this meeting with such changes as the General Counsel, or his delegate, may approve;

3.     The General Counsel, or his delegate, is hereby authorized, empowered, and directed to take any and all actions as may be necessary or appropriate, and to approve the forms, terms, or provisions of any agreement or other documents as may be necessary or appropriate to carry out and effectuate the purpose and intent of the foregoing resolutions; and

4.     All of the actions of the General Counsel, which actions would have been authorized by the foregoing resolutions except that such actions were taken prior to the adoption of such resolutions, are hereby severally ratified, confirmed, approved, and adopted as actions on behalf of the Company.

I further certify that the foregoing resolutions have not been altered, modified, revoked, or rescinded, and that the same remain in full force and effect on the date hereof.

IN WITNESS HEREOF, I have executed this document on March 5, 2010.

_____
David E. Williams
Vice President and General Counsel
Innospec Inc