# Exhibit A



FILED
MAR 1 8 2010
U.S. DISTRICT COURT



**innospec**

**Innospec Ability to Pay Certification**

In connection with the global settlement discussions currently taking place between Innospec Inc. ("Innospec" or "the Company"), the United States Department of Justice ("DOJ"), the United States Securities and Exchange Commission ("SEC"), the United States Office of Foreign Assets Control ("OFAC") and the United Kingdom's Serious Fraud Office ("SFO"), which seek a negotiated resolution to the DOJ, SEC, OFAC, and SFO (collectively "the government agencies") in relation to allegations concerning past conduct by the Company, Innospec has informed the government agencies through a series of presentations that in order to settle this matter it has estimated that it is able to pay no more than the following and still remain a viable entity:

a) $25.8 million over the period 2010 to 2013;

b) A guaranteed further $3 million relating to sales of TEL to Iraq

c) $11.4 million contingent on further sales of TEL to Iraq over the period 2010 – 2012,

making a total payment of up to $40.2 million.

The government agencies have accepted Innospec's submissions on this point, and have requested this affidavit to support such submissions and for the purpose of formalizing the settlement with the SEC, the DOJ and the U.S. District Court for the District of Columbia.

I. The following considerations were relevant to Innospec's calculated ability to pay:

1. The Company has used the support, advice and assistance of FTI Consulting Inc. ("FTI"), an independent forensic and litigation consulting company, in the sequence of meetings and discussions conducted between the Company and the government agencies in relation to settlement of this matter. This support, advice and assistance has included the Company's calculations of its ability to pay and remain a viable entity ("ATP"). The ATP was determined based on information available to the Company and current at the time of its respective presentations. To the extent information presented consisted of estimates of future financial results, the information was forecasted by using historical internal accounting and sales data, in addition to external market and economic indicators, and was based on the Company's good faith estimates. Forecasted financial results may differ from actual experience.

2. In calculating the ATP the Company has submitted a number of presentations  The Company considered and/or gave effect to the following items that were relevant in calculating the Company's ATP:

   a. All subsidiaries and businesses within the Innospec consolidated group have been included.

   b. All cash generated by Innospec has been considered, including all cash and bank balances held within the Innospec group.

   c. The debt facilities available to the Company and the restrictive covenants placed upon the Company limiting their use including sale of assets and raising of new debt facilities.

   d. The difficulty of the Company financing further debt from new credit facilities in the present economic and debt environment.

   e. The need for the Company to have sufficient resources and debt facilities to operate its business including but not limited to:

      (i) Working capital, recognizing the fluctuating demands of an operating business.

      (ii) Tax payments and the future requirements of potential settlement of tax investigations.

      (iii) Ongoing pension commitments and the likely requirement to increase future funding.

      (iv) Obligations to meet REACH compliance and other regulatory requirements for product registration.

      (v) Capital expenditure to maintain plant and equipment in order to deliver future financial results.

   f. Capital expenditure required to expand production capabilities to deliver future financial results.

   g. Research and development to give the Company a competitive edge and to provide technical parity with competitors in the market place.

3. The Company's future viability and ability to meet forecasted financial results are affected by a number of risks which could adversely impact the business, including those already disclosed in our periodic reports and:

(i)

(ii)

(iii)

(iv)

(v)

(vi) The ability or inability of the Company to pay down its debt facilities as agreed and refinance as necessary in 2012.

(vii) The adverse effect of competition, market conditions or a further general decline in global economic conditions.

(viii) The possibility that the Octane Additives business could decline faster than expected.

(ix) The final determination of the Company's tax estimates is materially different.

II. The Organization of the Company's Finances.

With the foregoing concerns in mind, Innospec has calculated its cash availability and presented to the agencies.

The Company notes that, even without giving effect to the proposed payments to settle the investigations with the government agencies, the Company's calculations leave the Company facing potential financial deficits, including due to substantial cash calls on the business, comprising, but not limited to the items listed above.

However, when the analysis factors in $25.8 million in payments to the government agencies, structured in payments of $10 million within 30 days of settlement, $4,150,000 by December 31, 2010, $4,150,000 by December 31, 2011, $3,750,000 by December 31, 2012, and $3,750,000 by December 31, 2013, the Company's cash availability forecast indicates a potential future deficit which will be a challenge to the Company to overcome.

In view of the foregoing, the Company currently believes that its present business would not permit it to feasibly pay more than $25.8 million to the government agencies and remain viable.

III. Contingent Payments

The Company notes, however, another avenue for the Company to make increased payments to the government agencies. The Company has been contacted by the Iraqi government to potentially provide new supplies of TEL. If these sales occur, the Company believes that potential future sales of TEL to Iraq will allow the Company to make additional payments of up to $11.4 million.

a)

b)

c)

d)

The Company has calculated that $4,000 per metric tonne is the maximum that can be made available as part of the ATP.

IV. Significance of the Payments to the Government Agencies

The $28.8 million (that is inclusive of the $3 million TEL profit related amounts) that the Company has agreed to pay to the government agencies would represent an amount equivalent to (1) over $40,000 paid out per Innospec employee and (2) over 11% of the Company's market capitalization. These amounts would, we understand, be the highest ratios in the history of Foreign Corrupt Practices Act settlements with the DOJ and SEC.

These costs to the Company from settlement more than double if the costs of compliance are included. If all legal and professional fees and penalties are included, the burden on the Company would be in excess and therefore represent over 30% of Innospec's market capitalization. In addition, the payment and expenditure burdens come at a time of great

uncertainty for the Company as highlighted above. As part of its efforts to have funds available for legal and compliance costs and payments to the government agencies, the Company has taken (and may be required to take) a number of difficult steps to generate cash for this purpose, including, among other things, expenditure cutbacks, delays in capital expenditure, facility closure, and the closure of the United Kingdom pension plan, each of which has or could have a potential material and adverse impact on the Company's future viability.

In view of the foregoing, the Company has estimated that a sum of $28.8 million is the maximum that it can afford to guarantee in payments to the government agencies to settle this matter and remain viable. As noted above, the Company has agreed to supplement these guaranteed payments with up to $11.4 million in potential additional payments, contingent on TEL sales in Iraq.

**Forward Looking Statements**

Information underlying the Company's estimated ATP, including presentations, written and verbal communications (collectively, the "presentations") may contain or may have contained certain "forward-looking statements" (i.e., within the meaning of the Private Securities Litigation Reform Act of 1995). All statements other than statements of historical facts may constitute forward-looking statements.

Although forward-looking statements are believed by the Company to be reasonable when made, undue reliance should not be placed on such statements because they and their tenability are subject to certain risks, uncertainties and assumptions, including, among other things, in respect of the general business environment, regulatory actions or other changes relevant to the Company. If the risks or uncertainties materialize or assumptions prove incorrect or change, the Company's actual performance or results may differ materially from those expressed or implied by such forward-looking statements and assumptions.

Important information regarding risks, uncertainties and assumptions relating to or affecting the Company and/or its business operations and prospects, including those referred to herein, are described in the Company's annual and quarterly reports filed with the SEC (with respect to which we assume the government agencies' review and are familiar). The Company undertakes no obligation to update or revise any forward-looking statements after the date hereof.

These statements are correct to the best of my knowledge and belief.

Signed, with full approval of the Board of Directors of Innospec Inc.

Ian Cleminson

**Executive Vice President and Chief Financial Officer**