# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) ) ) ) | |
| v. | ) | **Criminal No. 10-061 (ESH)** |
| | ) ) ) | |
| **INNOSPEC, INC.,** | ) ) | |
| Defendant. | ) ) | |

## ORDER

The Judgment in this criminal case, filed on March 30, 2010, does not reflect the correct date of imposition of judgment. Federal Rule of Criminal Procedure 36 permits the Court to "at any time correct a clerical error in a judgment." Accordingly, it is hereby

ORDERED: that the Judgment [Dkt. #6] is amended to reflect that 3/18/2010 is the correct date of imposition of judgment.

It is further ORDERED that all other conditions set forth in the Judgment shall remain in effect.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　　　ELLEN SEGAL HUVELLE
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Date: April 29, 2010